UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and SCOTT SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>GRANITE CITY FOOD & BREWERY LTD., and STORE MASTER FUNDING I, LLC,<br><br>Defendants. | Court File No. 0:15-cv-03664-JRT-HB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that all claims asserted in the above-captioned case may be dismissed with prejudice and on the merits, and that this Court may enter an Order dismissing the action with prejudice and without costs, expenses, or disbursements to any party.

Dated: October 11, 2015
**BRIGGS AND MORGAN, P.A.**

By: /s/ Sally Scoggin
Sally A. Scoggin (#98358)
Email: sscoggin@briggs.com
Michael C. Wilhelm (#387655)
Email: mwilhelm@briggs.com
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

*Attorneys for Defendants*

Dated: October 9, 2015
**CLASS JUSTICE, PLLC**

By: /s/ Paul Hansmeier
Paul Hansmeier (#387795)
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota 55402
Email: mail@classjustice.org
Phone: (612) 326-9801

*Attorney for Plaintiffs*

7277668v1